# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2019 FEB -8  P 3:47

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALABAMA

Kevin Saffold,
    Plaintiff

Vs

Myra K. McLeod,
    Defendant.

Civil Action No. 1:19-cv-114-ECM-WC

**DEMAND FOR JURY TRIAL**

**Plaintiff's Verified Complaint for Breach of Contract and Demand for Preliminary Injunctive Relief.**

Plaintiff, Kevin Saffold, sues Defendant, Myra K. McLeod, and states the following:

## Jurisdiction and Venue

1) At all times mentioned in this complaint plaintiff was and remains a resident of Houston County, Alabama, and plaintiff is also above the age of 19 years of age.
2) At all times mentioned in this complaint to the best of plaintiff's knowledge and belief the defendant Myra K. McLeod was and remains a permanent resident of Steubenville, Ohio.
3) This court has jurisdiction over this dispute as the complaint seeks damages above the $75,000 threshold limit.

4) This court also has jurisdiction over the matter because defendant McLeod resides in Steubenville, Ohio, which is diverse to Plaintiff Saffold who resides in Dothan, Alabama.

## GENERAL ALLEGATIONS

5) The plaintiff is a "Journalist", operating under the name "Solutions for Justice" and existing under and by virtue of a business license issued through the City of Dothan, Alabama.
6) This is an action for damages as a result of a Breach of Contract or Agreement.
7) Defendant solicited and obtained the benefit of plaintiff's services between May 10, 2018 and July 10, 2018 based upon a contingency (agreement) that plaintiff would be compensated from the profits of a "book" being authored by defendant.
8) Plaintiff provided logistical support and valuable considerations to defendant such as food, shelter, transportation services and office accommodations based upon a contingency agreement and without a demand for pre-payment.
9) Pursuant to the terms of said agreement, defendant agreed to present an original manuscript which plaintiff agreed to type-set, proof read, edit, publish and promote (for sales) in exchange for a 30 percent share of the estimated profits derived from the same.
10) Despite numerous demands made to defendant to provide the plaintiff with a final rough draft of the manuscript (as promised), defendant has failed and/or refused to submit the finished material.
11) Defendant has defaulted and breached the terms of the agreement by failing to present the manuscript as promised.
12) On or about June 07, 2018 and June 09, 2018 and pursuant to this same business arrangement the parties also agreed to purchase two automobiles from the Dothan Kia Dealership located at 2985 Ross Clark Circle Dothan, Alabama.

13) As a part of said agreement it was understood that both vehicles, 2016 Dodge Ram 1500 (VIN: 1C6RR7MT1GS215483) and 2015 BMW X1 SUV (WBAVM5C55FVV94690) would be purchased under defendant's name but plaintiff would be responsible for the money to cover the expenses of down payment, tags, insurance and monthly car-notes, etc. , which plaintiff paid as agreed upon.

14) Plaintiff agreed to utilize both vehicles to provide transportation services for defendant to attend social, religious and business functions whenever requested by defendant.

15) Defendant promised to grant plaintiff a limited "Power of Attorney" in order to authorize the plaintiff to manage the accounts, communicate with the finance company(s) about the payments, and to maintain possession of and utilize each vehicle to conduct his own personal and business-related trips.

16) Defendant also promised that once the loans were completely satisfied the rights of ownership to both these vehicles would be conveyed to plaintiff.

17) Within several months after the purchase of said vehicles defendant claims that she was being contacted by someone from the finance companies (who held the notes to said vehicles) saying the monthly car-notes were delinquent.

18) Notwithstanding the afore-mentioned promises being made and agreed upon the defendant subsequently breached the contract by having the BMW voluntarily re-possessed to Kia Motors Finance.

19) On or about November 08, 2018 defendant made contact with a Dothan Police Dept. Investigator and plaintiff was arrested due to a criminal complaint which charged plaintiff with "Financial Exploitation of an elderly person.

20) Due to the criminal charges pending in The Circuit Court of Houston County plaintiff has been unable to initiate any contact with the defendant.

3

21) Meanwhile plaintiff has maintained possession of the Dodge Ram 1500 but anticipates that defendant will likely commit further breach of contract by attempting to repossess this vehicle as well.

22) Plaintiff now seeks a Preliminary Injunction which orders defendant to not Repossess the Dodge Ram while these matters are pending before the court.

## COUNT I
## BREACH OF CONTRACT OR AGREEMENT

Plaintiff re-alleges paragraphs 1 through 22 and further stated as follows:

23) Defendant owes and is indebted to Plaintiff in the sum of $100,000, based upon the estimated value of the book royalties, services rendered and the value of both the 2016 Dodge Ram and 2015 BMW respectively.

WHEREFORE, Plaintiff demands judgement against Defendant in the amount of $100,000.00, plus $100,000.00 for punitive damages, or alternatively issue an order to compel "Specific Performance" together with all court costs and any further relief that this Court deems just and proper.

_____  02/07/2019
Kevin Saffold, Pro se
335 South Saint Andrews St.
Dothan, AL 36301
(334) 435-8855

**SIGNATURE PAGE TO FOLLOW**

_____
Kevin Saffold

STATE OF ALABAMA )
HOUSTON COUNTY )

Before me, the undersigned Notary Public, in and for said county and state, personally appeared Kevin Saffold, whose name is singed to the foregoing document, and who is known to me, acknowledge before me on this date that, being informed of the contents of said instrument, he executed the same voluntarily on the day the same bears date.

Given under my hand and seal this 7th day of February 2019.

_____
Notary Public
My Commission Expires: 01/22/2023