IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KEVIN SAFFOLD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 1:19cv114-ECM |
| | ) |
| MYRA K. MCLEOD, | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

On May 24, 2019, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 11). After an independent review of the record, and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that:

1. The United States Magistrate Judge's Recommendation (doc. 11) be and is hereby ADOPTED.

2. This case be and is hereby STAYED pending resolution of the related state criminal case proceeding.

3. That within fourteen (14) days for the conclusion of the state court proceedings, the Plaintiff shall file a notice with the Court advising the Court of the outcome of the criminal proceedings.

4. The Clerk of the Court is DIRECTED to administratively CLOSE this case.

DONE this 21st day of June, 2019.

        /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE